O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DISTRICT

| | |
|---|---|
| JUAN ANDRADE, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>INFINITY INSURANCE COMPANY, a Corporation, INFINITY SELECT INSURANCE COMPANY, a Corporation, MIKE MALLOIAN, an INDIVIDUAL, DOES 1-50, INCLUSIVE ,<br><br>    Defendants. | Case No.: ED CV 08-01060 SGL<br><br>**ORDER** |

Plaintiff's breach of contract cause of action against Infinity is hereby dismissed without prejudice.

**IT IS ORDERED**

Dated:  January 06, 2009

Hon. Stephen G. Larson
Judge of the District Court

1