JS-6

Peter H. Klee, State Bar No. 111707
John D. Edson, State Bar No. 185709
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.645-5376
E-Mail:    pklee@luce.com
           jedson@luce.com

Attorneys for Defendants
Infinity Insurance Company and Infinity Select Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DISTRICT

| | |
|---|---|
| JUAN ANDRADE, an individual, | Case No. ED CV 08-01060 SGL (OPx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| INFINITY INSURANCE COMPANY, a Corporation, INFINITY SELECT INSURANCE COMPANY, a Corporation, MIKE MALLOIAN, an INDIVIDUAL, DOES 1-50, INCLUSIVE, | Judge: Hon. Stephen G. Larson<br>Courtroom: 1 |
| Defendants. | |

1  On September 14, 2009, the Court heard Infinity Insurance Company's motion for summary judgment on plaintiff Juan Andrade's Complaint. John Edson from the law firm of Luce, Forward, Hamilton & Scripps LLP appeared on behalf of defendant Infinity. Brian Workman from The Law Offices of Brian Workman appeared on behalf of plaintiff Juan Andrade. After considering the moving papers, the opposition, the reply brief and the matters submitted at oral argument, the Court granted summary judgment in Infinity's favor.

IT IS HEREBY ORDERED that:

1. Judgment be entered in favor of defendant Infinity Insurance Company and against plaintiff Juan Andrade;

2. Plaintiff take nothing by way of his complaint against Infinity; and

3. Plaintiff Juan Andrade shall pay Infinity its reasonable costs of suit as determined by the Clerk of Court according to proof.

IT IS SO ORDERED:

DATED: September _23, 2009

_____
Stephen G. Larson
UNITED STATES DISTRICT JUDGE

101189663.1